# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Juan Antonio Corella**; DOB: 1984; United States<br>**Israel Perieda**; DOB: 1984; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>20-08456 MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 8, 2020, in the District of Arizona, **Juan Antonio Corella** and **Israel Perieda**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, namely Raul Bonifacio-Mauricio, Gustavo Gonzalez-Soriano, and Juventino Rojas-Cuchillo, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about January 8, 2020, in the District of Arizona, United States Border Patrol Agents (BPAs) observed three illegal aliens come out of a brushy area, and run to a white Dodge pickup truck that was parked on the side of the road. BPAs followed the vehicle, and saw the driver, later identified as **Juan Antonio Corella**, pull over, and three individuals run from the vehicle. All three subjects were apprehended, and identified as Raul Bonifacio-Mauricio, Gustavo Gonzalez-Soriano, and Juventino Rojas-Cuchillo, and were determined to be citizens of Mexico, in the United States illegally. The front seat passenger remained in the vehicle and was identified as **Israel Perieda**

In a post-*Miranda* statement, **Israel Perieda** stated **Juan Antonio Corella** asked him to take a drive with him. While **Corella** was driving, he made several U-turns before stopping on the side of the road. **Perieda** stated **Corella** told him to open the back door, and then three illegal aliens came out of the brush, and entered the vehicle. **Perieda** knew they were illegal aliens. He further stated that after seeing BPAs, **Corella** stopped the vehicle and told the aliens to get out. **Pereida** stated that **Corella** was receiving directions over the phone while driving, and that he assumed **Corella** was being paid to transport the aliens.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** Raul Bonifacio-Mauricio, Gustavo Gonzalez-Soriano, and Juventino Rojas-Cuchillo

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY:   AUSA JAA/lmw | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 9, 2020 |

1) See Federal rules of Criminal Procedure Rules 3 and 54